WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Rivera-Sanchez,<br>　　　　　Petitioner,<br>v.<br>United States of America,<br>　　　　　Respondent.<br>_____ | CR 03-1684 TUC-DCB<br>CV 05-0029 TUC-DCB<br>Prisoner ID. 480-196<br><br>**ORDER** |

　　　　On March 17, 2004, the Court sentenced Petitioner Daniel Rivera-Sanchez to 36 months of imprisonment with the Bureau of Prisons and 3 years supervised release, pursuant to a Plea Agreement that included a waiver of his right to appeal the sentence, directly or by collateral attack.

　　　　On January 11, 2005, Petitioner nevertheless filed a Motion to Vacate and to Set Aside the Sentence, pursuant to 28 U.S.C. § 2255 (Petition). On February 3, 2005, the Court denied Petitioner's collateral attack, pursuant to this habeas Petition. On February 18, 2005, the Petitioner's copy of the Court's Order was returned as not delivered because Petitioner was no longer being housed at the FCI-Lompoc.

　　　　Unaware that his Petition was denied, on February 25, 2005, Petitioner filed a Motion for Permission to File a Supplemental Pleading to his Petition. On March 2, 2005, the Government filed a Motion to Withdraw from the Plea Agreement and to proceed once more before this Court to prosecute Petitioner for the charged offense.

1  On March 23, 2005, this Court recognized that while the Government's motion
2  was properly brought, it would nevertheless be an inefficient use of this Court's judicial
3  resources to grant it.  The Petitioner's motion to supplement his meritless Petition would
4  equally be a waste of time.  The Court denied the Government's motion, but inadvertently
5  failed to rule on Petitioner's motion to supplement his Petition.  It remains pending.

6  Recently, Petitioner contacted this Court by telephone to request the status of his
7  Motion to Vacate and Set Aside His Sentence.  It, thereby, came to this Court's attention
8  that Petitioner is incarcerated at the Cibola County Correction Center (CCCC)in Milan,
9  New Mexico.  Pursuant to the Rule of Practice for the United States District Court,
10 District of Arizona, LR Civ. 83.3(d), Petitioner is responsible for filing a written notice of
11 his change in address.  The Court will, however, resend copies of its Orders to him at
12 CCCC.

**Accordingly,**

**IT IS ORDERED** that the Motion for Permission to Supplement Pleading (document 25) is DENIED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall change Petitioner's address to be: Cibola County Correction Center, P.O. Box 3540, Milan, N.M., 87021.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall resend to the Petitioner at this new address copies of the following documents: Order (Documents 23); Judgment (Document 24), and Order (Document 28).

DATED this 19th day of January, 2006.

David C. Bury
United States District Judge

*copies to Petitioner by cjs*